# Exhibit F














