MEMO ENDORSED



1185 Avenue of the Americas, 3rd Fl.
New York, NY 10036

Phone: (212) 404-1210
abrankov@brankovlaw.com
www.brankovlaw.com

___

October 15, 2024

**VIA ECF AND EMAIL**
The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

    Re:    *O'Reilly v. ICAP Corporates LLC, et al.*, No. 24-cv-05913-KPF

Dear Judge Failla:

    This firm and Redniss LLC represent plaintiff Christine O'Reilly in the above-referenced action. We write to respectfully request an adjournment of the pre-motion conference set for November 13, 2024 at 3 p.m. (Dkt. 61) with respect to the letter motions seeking a pre-motion conference submitted by defendants Janie McCathie, TP ICAP Broking Limited, TP ICAP Group plc, TP ICAP Markets Limited, Citigroup Global Markets Limited, and Citigroup Inc. to a 3 p.m. conference the following week or such other date as the Court may direct.

    This is our first request for an extension, and the basis for the request is that the undersigned counsel will be out of the country on the date that the conference currently is scheduled. Additionally, Ms. O'Reilly intends to amend the Complaint as a matter of course under Fed. R. Civ. P. 15(a)(1)(B). Defendants consent to the request for an adjournment on the basis of counsel's scheduling conflict.

    Thank you for your consideration of this letter motion.

    Respectfully submitted,

    /s/ Amelia K. Brankov

    Amelia K. Brankov

cc:    Seth Redniss, Esq. and all other counsel of record via ECF

Application GRANTED.

The Conference currently scheduled for November 13, 2024, at 3:00 p.m., is ADJOURNED to **November 20, 2024, at 3:00 p.m.**

The Conference will take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, as originally planned.

The Clerk of Court is directed to terminate the pending motion at docket entry 62.

Dated:   October 16, 2024          SO ORDERED.
         New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE