**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.653.8184 direct
lstone@sheppardmullin.com

October 25, 2024

**VIA ECF**



Hon. Katherine Polk Failla
U.S. District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *O'Reilly v. ICAP Corporates LLC, et al.*, No. 24-cv-05913-KPF

Dear Judge Failla:

      We represent TP ICAP Global Markets Americas LLC (f/k/a ICAP Corporates LLC), TP ICAP Group plc, TP ICAP Broking Limited, TP ICAP Markets Limited, and TP ICAP Group Services Limited (the "TP ICAP Parties") in the above-referenced matter. We submit this letter motion to respectfully request an adjournment of the pre-motion conference currently scheduled for November 20, 2024. The basis for this request is the fact that both attorneys for the TP ICAP Parties will be travelling internationally for business between November 18-22, 2024. This is the TP ICAP Parties' first request for an adjournment of the pre-motion conference in this matter. Counsel for all other parties in this action consent to this request, and this request does not impact any other scheduled deadlines in this action.

      In the event that the TP ICAP Parties' request for an adjournment of the November 20 pre-motion conference is granted, we respectfully advise the Court that counsel for Citigroup Inc., Citigroup Global Markets Limited, and Citibank N.A. is unavailable on November 27, November 29, December 3, December 5, and December 9-11, 2024.

      To the extent that Your Honor has any questions regarding the foregoing request, we will be happy to discuss the same. Thank you for your time and attention to this matter.

**SheppardMullin**

Hon. Katherine Polk Failla
October 25, 2024
Page 2

Respectfully submitted,

*Lindsay C. Stone*

Lindsay C. Stone
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc: Counsel of Record

---

Application GRANTED.

The Conference currently scheduled for November 20, 2024, is ADJOURNED to **November 26, 2024, at 2:15 p.m.**

The Conference will take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, as originally planned.

The Clerk of Court is directed to terminate the pending motion at docket entry 72.

Dated:   October 30, 2024          SO ORDERED.
         New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE