UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINE O'REILLY,

                Plaintiff,

-v.-

ICAP CORPORATES LLC; TP ICAP GROUP PLC; TP ICAP BROKING LIMITED; TP ICAP MARKETS LIMITED; CITIGROUP INC.; CITIGROUP GLOBAL MARKETS LIMITED; JANIE MCCATHIE; CITIBANK, N.A.; AND TP ICAP GROUP SERVICES LIMITED,

                Defendants.

24 Civ. 5913 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court has reviewed the schedule proposed by the parties. (Dkt. #86). Defendants, with the exception of Ms. McCathie, shall file their motions to dismiss on or before **January 17, 2025**. Plaintiff shall file a combined opposition on or before **February 25, 2025**. The moving Defendants shall file any reply on or before **March 18, 2025**.

    Ms. McCathie is directed to file an Answer within 14 days following this Court's rulings on the various motions to dismiss.

    SO ORDERED.

Dated:  December 4, 2024
           New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge